# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| VERNON LEE TYSON, | * |
| | * |
| Plaintiff, | *  CIVIL ACTION NO.: 2:17-cv-44 |
| | * |
| v. | * |
| | * |
| JEFF EVANS; and APPLING COUNTY SHERIFF'S DEPARTMENT, all in their official capacities, | * |
| | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's July 11, 2017, Report and Recommendation, dkt. no. 13, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 31 day of August, 2017.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA